No. 86–135. JARVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–138. NATIONAL COMMUNICATION SYSTEMS, INC., ET AL. v. MICHIGAN PUBLIC SERVICE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–140. CELOTEX CORP. ET AL. v. SCHOOL DISTRICT OF LANCASTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–141. PETROZZIELLO v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 86–145. DURA CORP. ET AL. v. TWM MANUFACTURING CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 86–146. IRVIN v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–147. HOME WARRANTY CORP. ET AL. v. CALDWELL, INSURANCE COMMISSIONER OF THE STATE OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 86–155. RIGGS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 86–156. LOWE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–157. BAKER, SECRETARY OF THE TREASURY, ET AL. v. ABORTION RIGHTS MOBILIZATION, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–159. GRAVER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–161. BLACK CLOUD BUILDING CORP. v. HARMAN, DIRECTOR, MARICOPA COUNTY DEPARTMENT OF HEALTH SERVICES, ET AL. Ct. App. Ariz. Certiorari denied.

No. 86–164. CRABTREE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.